FILED
2006 Jan-06 AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| HERMAN ERVIN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No: CV-05-S-1560-NW |
| RONNIE MAY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report recommending that the respondents' motion for summary judgment be granted and the action dismissed. No objections have been filed. The court has considered the entire file in this action, including the magistrate's report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

Done this 6th day of January, 2006.

_____
United States District Judge